UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY; and AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA,<br><br>        Plaintiffs,<br><br>  v.<br><br>CD STIMSON COMPANY,<br><br>        Defendant. | No. 2:17-cv-00235-RSM<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND RELATED DEADLINES** |

THIS MATTER came before the Court upon the parties' Stipulated Motion to Continue Trial Date and Related Deadlines (the "*Stipulated Motion*"). The Court considered the Stipulated Motion and the documents filed with the Court in this action. Having considered the foregoing, and otherwise being fully advised, the Court finds that good cause to postpone trial date and other related deadlines while (1) the Court considers the pending cross-motions for summary judgment and (2) the parties meet to exchange information, discuss and clarify the issues, and determine whether this matter can be resolved through direct settlement discussions or mediation. The Stipulated Motion is therefore granted, and the court will continue the remaining case scheduling deadlines at least 120 days while the Court

*Order Granting Stipulated Motion to Continue Deadlines - (2:17-cv-00235-RSM) - 1*

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, Washington 98104
Tel: (206) 623-1745 Fax: (206) 623-7789

#1181835 v1 / 44493-016

considers the pending cross-motions for summary judgment and the parties meet to exchange information, discuss and clarify the issues, and determine whether this matter can be resolved through direct settlement discussions or mediation.

The new trial date and related deadlines are as follows:

| | |
|---|---|
| Deadline for filing motions related to discovery | October 19, 2018 |
| Deadline for disclosure of rebuttal experts | October 19, 2018 |
| Discovery completed by | November 9, 2018 |
| Remaining dispositive motions (if any) must be filed by | November 30, 2018 |
| Mediation per LCR 39.1(c)(3), if requested by the parties, held no later than | December 20, 2018 |
| All motions in limine must be filed by | January 7, 2019 |
| Agreed pretrial order due | January 22, 2019 |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | January 29, 2019 |
| Pretrial conference to be scheduled by the Court | |
| Jury Trial Date (for 8 day trial) | February 4, 2019 |

//
//
//
//
//
//
//

*Order Granting Stipulated Motion to Continue Deadlines - (2:17-cv-00235-RSM) - 2*

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, Washington 98104
Tel: (206) 623-1745 Fax: (206) 623-7789

#1181835 v1 / 44493-016

IT IS SO ORDERED

Dated this 16th day of July, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

HILLIS CARK MARTIN & PETERSON P.S.

By  *s/ Alexander M. Wu*
    Laurie Lootens Chyz, WSBA # 14297
    Alexander M. Wu, WSBA #40649
    999 Third Avenue, Suite 4600
    Seattle, Washington  98104
    Telephone:  (206) 623-1745
    Facsimile:  (206) 623-7789
    Email:  laurie.chyz@hcmp.com;
    alex.wu@hcmp.com

Attorneys for Defendant
CD Stimson Company

KARR TUTTLE CAMPBELL

By  *s/ Jacquelyn A. Beatty*
    Jacquelyn A. Beatty, WSBA #17567
    Robert A. Radcliffe, WSBA #19035
    701 Fifth Avenue, Suite 3300
    Seattle, WA 98104
    Telephone  (206) 223-1313
    Facsimile:  (206) 682-7100
    Email: jbeatty@karrtuttle.com;
           rradcliffe@karrtuttle.com

Attorneys for Plaintiffs
Continental Casualty Company; and American
Casualty Company Of Reading, Pennsylvania

*Order Granting Stipulated Motion to Continue Deadlines - (2:17-cv-00235-RSM) - 3*

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, Washington  98104
Tel: (206) 623-1745 Fax: (206) 623-7789

#1181835 v1 / 44493-016